**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff(s), )<br>)<br>vs. )<br>)<br>LATHISHA REESE, )<br>)<br>Defendant(s). )<br>) | CASE NO. 1:05CR519-002<br><br>JUDGE CHRISTOPHER A. BOYKO<br><br>**ORDER** |

The Defendant appeared before this Court on November 25, 2008 for a hearing on Supervised Release Violations and admitted to the alledged violations.

The Court, Counsel and Probation Officer agreed that a determination of the Defendant's mental condition under 18 U.S.C.§ 4244(d) was necessary prior to disposition.  Therefore it is

ORDERED that such examination shall be conducted pursuant to 18 U.S.C.§ 4244(d) and shall be completed no later than January 5, 2008;

FURTHER ORDERED that a psychiatric and/or psychological examination of the Defendant pursuant to 18 U.S.C. § 4244(d) with provisions under 18 U.S.C. 4247(b)(c) shall be conducted and a report on the same submitted to the Court and served on counsel of record (Assistant United States Attorney Robert Corts, 801 West Superior Avenue, Suite 400, Cleveland, Ohio 44113 and Defense counsel  Angelo F. Lonardo, Yelsky & Lonardo, Ste. 800, 75 Public Square Cleveland , OH 44113).

FURTHER ORDERED that should the examiner(s) need additional time to complete their examination of the Defendant, they shall file a motion with the Court showing good cause why the additional time is necessary to observe and evaluate the Defendant according to 18 U.S.C. § 4247(b);

FURTHER ORDERED that the psychiatric and/or psychological examination shall be performed at Butner Federal Medical Center, Old North Carolina Highway 75, Butner, North Carolina, 27509;

FURTHER ORDERED that a hearing shall be scheduled in this matter after the results of the Defendant's examination have been submitted to the Court and counsel;

FURTHER ORDERED that the Defendant shall continue to receive, while in federal custody, all necessary medications, if any, currently prescribed to her; and,

FURTHER ORDERED that the Court holds in abeyance the violation hearing until after completion of the report on Defendant's psychiatric and/or psychological examination .

IT IS SO ORDERED.

S/Christopher A. Boyko
Christopher A. Boyko
United States District Judge

December 1, 2008